**Order filed July 27, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00115-CV
_____

## IN RE GUARDIANSHIP OF QIONG-YING DUAN CHANG, AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 468149**

# O R D E R

The clerk's record was filed March 23, 2020; the first supplemental clerk's record was filed on July 23, 2020; the second supplemental clerk's record was filed on July 28, 2020; and the third supplemental clerk's record was filed on June 28, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Second Amended Application, filed on or about August 16, 2018, and the Amended Petition, filed on or about December 13, 2018.

The Harris County Clerk is directed to file a supplemental clerk's record on or before August 6, 2021, containing the Second Amended Application, filed on or about August 16, 2018, and the Amended Petition, filed on or about December 13, 2018.

If the omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.